SCWC-11-0000157

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BARBARA SUZUKI, Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI, TED SAKAI, EDWIN SHIMODA,
ROY YAMAMOTO, MAY ANDRADE, JOHN MANUMALEUNA,
FRANCIS SEQUEIRA and DOE ENTITIES 1-10,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000157; CIV. NO. 02-1-2708)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, and Pollack, JJ.,
Circuit Judge Border, in place of Recktenwald, C.J., recused,
and Circuit Judge Alm, in place of McKenna, J., recused)

Petitioner/Plaintiff-Appellant Barbara Suzuki's

Application for Writ of Certiorari filed on February 5, 2013, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, March 19, 2013.


Daphne Barbee-Wooten                /s/ Paula A. Nakayama
for petitioner

                                    /s/ Simeon R. Acoba, Jr.

James E. Halvorson
Nelson Y. Nabeta                    /s/ Richard W. Pollack
for respondents

                                    /s/ Patrick W. Border

                                    /s/ Steven S. Alm